IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL CONIKER,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) Civil No. 22-185 |
| **ANDREW HREZO, et al.** | ) ) ) |
| **Defendants.** | ) ) |

# ORDER

Michael Coniker, proceeding pro se, commenced this action on February 2, 2022, by requesting leave to proceed in forma pauperis. ECF No. 1. On March 21, 2022, this Court granted the Motion to Proceed Informa Pauperis, ordered the Clerk of Court to file Plaintiff's Complaint, and dismissed the Complaint for failure to state a claim upon which relief can be granted. ECF No. 3. The Court granted Plaintiff leave to file an amended complaint no later than April 20, 2022. ECF No. 3. No amended complaint has been filed.

Accordingly, the following order is hereby entered.

AND NOW, this 17th day of May 2022, the Court having previously dismissed Plaintiff's Complaint for failure to state a claim, and no amended complaint having been filed by the deadline of April 20, 2022, it is hereby ORDERED that this action is DISMISSED. The Clerk of Court shall mark this case CLOSED.

    s/*Marilyn J. Horan*
Marilyn J. Horan
United States District Court Judge

cc: Michael Coniker, pro se
 Care Of: Meraky / Forensics Jason
 665 Rodi Road
 Pittsburgh, PA 15235