## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL CONIKER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil No. 22-185** |
| | ) | |
| **ANDREW HREZO, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>ORDER</u>

On March 21, 2022, the Court determined that Plaintiff Michael Coniker's Complaint failed to state a claim upon which relief can be granted.  ECF No. 3.  The Court provided Mr. Coniker the opportunity to file an amended complaint by April 20, 2022, or else the Court would dismiss the complaint.  <u>Id.</u>  Mr. Coniker did not file an amended complaint, or any other pleading, by April 20, 2022.  Therefore, on May 17, 2022, the Court dismissed the Complaint and closed this case.  ECF No. 5.

Mr. Coniker has now filed a "Motion to Reopen Case and Appoint Patrick Thomassey as 2nd Chair."  ECF No. 7.  Mr. Coniker has also filed three requests for Court action, as follows: An emergency request for a "wellness" evaluation of third parties (ECF No. 6); a request to "Protect Philips Voicetracer audio recording device" (ECF No. 8); and a request for the immediate release of certain FBI information (ECF No. 9).  Finally, Mr. Coniker has filed approximately 100 pages of exhibits.  ECF No. 10.

The Court has thoroughly reviewed all of the above filings and concludes that Mr. Coniker has not provided good cause to justify reopening this case.  Notably, Mr. Coniker does not explain why he failed to file an amended complaint by the April 20, 2022 deadline.  Even

now, he does not provide a proposed amended complaint to attempt to rectify his initial

Complaint's failure to state a claim upon which relief can be granted.

Accordingly, the following order is hereby entered.

AND NOW, this 10th day of August 2022, Plaintiff's Motion to Reopen Case and

Appoint Patrick Thomassey as 2nd Chair" (ECF No. 7) is DENIED.

IT IS FURTHER ORDERED that all other outstanding motions, ECF Nos. 6, 8, & 9, are

DENIED, as this case is closed.

_s/_*Marilyn J. Horan*_____

Marilyn J. Horan
United States District Court Judge

cc:    Michael Coniker, pro se
       Care Of: Meraky / Forensics Jason
       665 Rodi Road
       Pittsburgh, PA 15235

       Michael Coniker, pro se
       556 Union Avenue Ext
       Pittsburgh, PA  15229